**STATE of Missouri, Respondent,**

v.

**Tracy Jon WHITE, Appellant.**

**No. WD 62019.**

Missouri Court of Appeals,
Western District.

Sept. 30, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 2003.

Seth D. Shumaker, Kirksville, MO, for Appellant.

John M. Morris, III, Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Mr. Tracy Jon White appeals his conviction of stealing in violation of section 570.030, RSMo. 2000. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).